**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

Docket Number(s): 25-321

Caption [use short title]

Motion for: Dismissal of Defendants-Appellants' Notice of Appeal.

Orellana Castaneda

v.

Set forth below precise, complete statement of relief sought:

Dismissal of Defendants-Appellants' Notice of Appeal.

U.S. Department of Homeland Security

MOVING PARTY: Plaintiffs-Appellees          OPPOSING PARTY: Defendants-Appellants

☐ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner          ☒ Appellee/Respondent

MOVING ATTORNEY: Aldo A. Badini          OPPOSING ATTORNEY: Thomas Dewey

[name of attorney, with firm, address, phone number and e-mail]

Winston & Strawn LLP          Dewey Pegno & Kramarsky LLP

200 Park Ave. S., New York, NY 10166          777 Third Avenue, 29th Floor, New York, NY 10017

Tel: (212) 294-4601 / Email: ABadini@winston.com          Tel: (212) 943-9000 / Email: tdewey@dpklaw.com

Court- Judge/ Agency appealed from: Senior Judge William F. Kuntz II, U.S. District Court, Eastern District of New York

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation  of emergency:_____

Opposing counsel's position on motion:
☐ Unopposed  ☒ Opposed  ☐ Don't Know
Does opposing  counsel intend to file  a response:
☒ Yes  ☐ No  ☐ Don't Know

Is the oral argument on motion requested?  ☒ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:_____

Signature  of Moving Attorney:

s/Aldo A. Badini          Date: February 18, 2025          Service : ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)